United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Desiree Lynette John  
    Debtor

Case No. 22-00276-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Apr 01, 2022      Form ID: ntcnfhrg      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Desiree Lynette John, 2451 Olympia Lane, Blakeslee, PA 18610-2322 |
| 5460166 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, AMERICAN HONDA FINANCE, 201 LITTLE FALLS DRIE, WILMINGTON, DE 19808 |
| 5460167 | | APEX ASSET MANAGEMENT, LLC, PO BOX 5407, LANCASTER, PA 17606-5407 |
| 5460169 | | COMENITY - COMENITY CARD, PO BOX 650968, DALLAS, TX 75265-0968 |
| 5460170 | | COMENITY - MY PLACE REWARDS CREDIT, PO BOX 650964, DALLAS, TX 75265-0964 |
| 5460173 | | FINANCIAL RECOVERIES, PO BOX 1388, MOUNT LAUREL, NJ 08054-7388 |
| 5464293 | | Geisinger, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5460182 | | TD BANK, PO BOX 100290, COLUMBIA, SC 29202-3290 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5461689 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 01 2022 18:41:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5460168 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 01 2022 18:42:57 | CAPITAL ONE, PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 5460171 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2022 18:41:00 | COMENITY/ULTAMATE REWARDS, PO BOX 659820, SAN ANTONIO, TX 78265-9120 |
| 5460172 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 01 2022 18:42:57 | CREDIT ONE, PO BOX 60500, CITY OF INDUSTRY, CA 91716-0500 |
| 5465559 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 01 2022 18:43:02 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5460174 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 01 2022 18:42:57 | FIRST PREMIER BANK, PO BOX 5529, SIOUX FALLS, SD 57117-5529 |
| 5460175 | | Email/Text: Bankruptcy@ICSystem.com | Apr 01 2022 18:41:00 | IC SYSTEM INC, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 5460176 | + | Email/Text: Documentfiling@lciinc.com | Apr 01 2022 18:41:00 | LENDING CLUB, 595 MARKET STREET, SUITE 200, SAN FRANCISCO, CA 94105-2802 |
| 5460177 | + | Email/Text: MDSBankruptcies@meddatsys.com | Apr 01 2022 18:41:00 | MEDICAL REVENUE SERVICE, PO BOX 1149, SEBRING, FL 33871-1149 |
| 5460178 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 01 2022 18:43:00 | MERRICK BANK, PO BOX 660702, DALLAS, TX 75266-0702 |
| 5463988 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 01 2022 18:43:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5460179 | | Email/Text: mmrgbk@miramedrg.com | Apr 01 2022 18:41:00 | MIRAMED REVENUE GROUP, 991 OAK CREEK DR, LOMBARD, IL 60148-6408 |

| | | | | |
|---|---|---|---|---|
| 5460180 | | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 01 2022 18:41:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3500, MERRIFIELD, VA 22119-3500 |
| 5460928 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 01 2022 18:41:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5460181 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 01 2022 18:41:00 | ROCKET MORTGAGE, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 5462435 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 01 2022 18:41:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5460183 | | Email/Text: bankruptcy_notices@wgresorts.com | Apr 01 2022 18:41:00 | WESTGATE RESORTS, 5601 WINDHOVER DRIVE, ORLANDO, FL 32819 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 03, 2022          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Desiree Lynette John lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Desiree Lynette John,
aka Desiree L. John, aka Desiree John,

**Debtor 1**

Chapter 13

Case No. 5:22−bk−00276−MJC

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 3, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 10, 2022  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 1, 2022 |

ntcnfhrg (08/21)