In re:                                                                                    Case No. 22-00276-MJC

Desiree Lynette John                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                              Page 1 of 2

Date Rcvd: Aug 20, 2025                       Form ID: fnldec                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

**Recip ID          Recipient Name and Address**
db                 + Desiree Lynette John, 2451 Olympia Lane, Blakeslee, PA 18610-2322

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:**

**Name**                          **Email Address**

Denise E. Carlon
                                  on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com,
                                  bkgroup@kmllawgroup.com

Jack N Zaharopoulos
                                  ecf_pahu_alt@trustee13.com

Robert J Kidwell, III
                                  on behalf of Debtor 1 Desiree Lynette John rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Ryan Michaleski
                                  on behalf of Debtor 1 Desiree Lynette John rmichaleski@stark-stark.com

United States Trustee
                                  ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

District/off: 0314-5

User: AutoDocke

Page 2 of 2

Date Rcvd: Aug 20, 2025

Form ID: fnldec

Total Noticed: 1

on behalf of Debtor 1 Desiree Lynette John
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Desiree Lynette John,                                    Chapter        13
aka Desiree L. John, aka Desiree John,

    **Debtor 1**                            Case No.        5:22−bk−00276−MJC

Social Security No.:
            xxx−xx−1206

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  August 20, 2025

**fnldec** (01/22)