

**1050 Woodward Avenue | Detroit, MI 48226**

# Annual Escrow Account Disclosure Statement

DESIREE JOHN
2451 OLYMPIA LN
BLAKESLEE PA 18610-2322

## Loan Information

**Loan Number:**
**Property Address:** 2451 Olympia Ln
Blakeslee, PA 18610
**Statement Date:** 10/17/2022
**New Payment Effective Date:** 12/01/2022

### 1. Your Escrow Account Items

To take a closer look at your numbers, sign in to Rocket Mortgage® and click on the Loan Information tab.

**Annual Escrow Account Breakdown**

| Activity | Estimated Amount* | Actual Amount | Next Due |
|---|---|---|---|
| School Taxes | $2,982.41 | $3,049.10 | 09/2023 |
| Township Taxes | $784.58 | $784.58 | 04/2023 |
| Mortgage Insurance | $765.96 | $765.96 | 12/2022 |
| Homeowners Insurance | $1,249.00 | $1,321.00 | 05/2023 |
| **Totals:** | **$5,781.95** | **$5,920.64** | |

*The estimated amounts are based on an amount provided previously or the amount last disbursed.

### 2. Your Escrow Account Has A Shortage

Due to an increase in your taxes and/or insurance, your escrow account is short $61.12.

**Projected Escrow Account Balance**

| | |
|---|---|
| Projected Minimum Balance: | $797.99 |
| Required Minimum Balance: | $859.11 |
| **Shortage Amount:** | **$61.12** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

### 3. Your Payment Is Changing

Your escrow payment is increasing. You have a shortage of $61.12 that is being spread over 12 months.

**Breaking Down The Numbers**

| | Current | New |
|---|---|---|
| Principal & Interest: | $1,056.24 | $1,056.24 |
| Escrow Payment: | $481.82 | $493.38 |
| Shortage: | | $5.09 |
| **Monthly Payment:** | **$1,538.06** | **$1,554.71** |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of the bankruptcy plan.



Mortgage Payment Breakdown

### Quick And Easy Payment Options

- RocketMortgage.com
- Rocket Mortgage® mobile app
- 24/7 access at (800) 508 0944

QL026

THIS SPACE INTENTIONALLY LEFT BLANK



## 4. A Closer Look At Your Escrow Account History



Total Tax & Insurance Payments — Estimated / Actual

This chart highlights the differences between the estimated and actual payment amounts for the taxes and insurance and shows the reason for the current shortage.

The actual amounts paid out for taxes and insurance over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your tax and insurance payment amounts are highlighted in yellow.

### Escrow Account Activity History For March 2022 To November 2022

| Date | Activity | Payments Estimated | Payments Actual | Disbursements Estimated | Disbursements Actual | Balance Estimated | Balance Actual |
|---|---|---|---|---|---|---|---|
| 03/2022 | Beginning Balance | | | | | $2,926.06 | $2,444.24 |
| 03/2022 | Deposit | $481.82 | $481.82 | $0.00 | $0.00 | $3,407.88 | $2,926.06 |
| 03/2022 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $63.83 | $63.83 | $3,344.05 | $2,862.23 |
| 04/2022 | Deposit | $481.82 | $481.82 | $0.00 | $0.00 | $3,825.87 | $3,344.05 |
| 04/2022 | Withdrawal - TOWNSHIP TAXES | $0.00 | $0.00 | $784.58 | $784.58 | $3,041.29 | $2,559.47 |
| 04/2022 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $63.83 | $63.83 | $2,977.46 | $2,495.64 |
| 05/2022 | Deposit | $481.82 | $481.82 | $0.00 | $0.00 | $3,459.28 | $2,977.46 |
| 05/2022 | Withdrawal - HOMEOWNERS INS | $0.00 | $0.00 | $1,249.00 | $1,321.00 | $2,210.28 | $1,656.46 |
| 05/2022 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $63.83 | $63.83 | $2,146.45 | $1,592.63 |
| 06/2022 | Deposit | $481.82 | $481.82 | $0.00 | $0.00 | $2,628.27 | $2,074.45 |
| 06/2022 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $63.83 | $63.83 | $2,564.44 | $2,010.62 |
| 07/2022 | Deposit | $481.82 | $481.82 | $0.00 | $0.00 | $3,046.26 | $2,492.44 |
| 07/2022 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $63.83 | $63.83 | $2,982.43 | $2,428.61 |
| 08/2022 | Deposit | $481.82 | $543.76 | $0.00 | $0.00 | $3,464.25 | $2,972.37 |
| 08/2022 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $63.83 | $63.83 | $3,400.42 | $2,908.54 |
| 09/2022 | Deposit | $481.82 | $543.76 | $0.00 | $0.00 | $3,882.24 | $3,452.30 |
| 09/2022 | Withdrawal - SCHOOL TAXES | $0.00 | $0.00 | $2,982.41 | $3,049.10 | $899.83 | $403.20 |
| 09/2022 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $63.83 | $63.83 | $836.00 | $339.37 |
| 10/2022 | Deposit | $481.82 | $963.64 | $0.00 | $0.00 | $1,317.82 | $1,303.01** |
| 10/2022 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $63.83 | $63.83 | $1,253.99 | $1,239.18 |
| 11/2022 | Deposit | $481.82 | $481.82 | $0.00 | $0.00 | $1,735.81 | $1,721.00** |
| 11/2022 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $63.83 | $63.83 | $1,671.98 | $1,657.17** |
| | **Totals** | **$4,336.38** | **$4,942.08** | **$5,590.46** | **$5,729.15** | | |

** This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.

continued →



## 5. A Closer Look At Projections For Your Escrow Account

**Escrow Account Projection**

| Description | Annual Amount |
|---|---|
| MORTGAGE INS: | $765.96 |
| TOWNSHIP TAXES: | $784.58 |
| HOMEOWNERS INS: | $1,321.00 |
| SCHOOL TAXES: | $3,049.10 |
| **Total Annual Taxes And Insurance:** | **$5,920.64** |
| **New Monthly Escrow Payment:** | **$493.38** |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $859.11. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and insurance.

The actual amounts paid out for taxes and insurance, as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

**Future Escrow Account Activity For December 2022 To November 2023**

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|---|---|---|---|---|---|
| 12/2022 | Beginning Balance | | | $1,657.17 | $1,718.29 |
| 12/2022 | Deposit | $493.38 | $0.00 | $2,150.55 | $2,211.67 |
| 12/2022 | Withdrawal - MORTGAGE INS | $0.00 | $63.83 | $2,086.72 | $2,147.84 |
| 01/2023 | Deposit | $493.38 | $0.00 | $2,580.10 | $2,641.22 |
| 01/2023 | Withdrawal - MORTGAGE INS | $0.00 | $63.83 | $2,516.27 | $2,577.39 |
| 02/2023 | Deposit | $493.38 | $0.00 | $3,009.65 | $3,070.77 |
| 02/2023 | Withdrawal - MORTGAGE INS | $0.00 | $63.83 | $2,945.82 | $3,006.94 |
| 03/2023 | Deposit | $493.38 | $0.00 | $3,439.20 | $3,500.32 |
| 03/2023 | Withdrawal - MORTGAGE INS | $0.00 | $63.83 | $3,375.37 | $3,436.49 |
| 04/2023 | Deposit | $493.38 | $0.00 | $3,868.75 | $3,929.87 |
| 04/2023 | Withdrawal - MORTGAGE INS | $0.00 | $63.83 | $3,804.92 | $3,866.04 |
| 04/2023 | Withdrawal - TOWNSHIP TAXES | $0.00 | $784.58 | $3,020.34 | $3,081.46 |
| 05/2023 | Deposit | $493.38 | $0.00 | $3,513.72 | $3,574.84 |
| 05/2023 | Withdrawal - MORTGAGE INS | $0.00 | $63.83 | $3,449.89 | $3,511.01 |
| 05/2023 | Withdrawal - HOMEOWNERS INS | $0.00 | $1,321.00 | $2,128.89 | $2,190.01 |
| 06/2023 | Deposit | $493.38 | $0.00 | $2,622.27 | $2,683.39 |
| 06/2023 | Withdrawal - MORTGAGE INS | $0.00 | $63.83 | $2,558.44 | $2,619.56 |
| 07/2023 | Deposit | $493.38 | $0.00 | $3,051.82 | $3,112.94 |
| 07/2023 | Withdrawal - MORTGAGE INS | $0.00 | $63.83 | $2,987.99 | $3,049.11 |
| 08/2023 | Deposit | $493.38 | $0.00 | $3,481.37 | $3,542.49 |
| 08/2023 | Withdrawal - MORTGAGE INS | $0.00 | $63.83 | $3,417.54 | $3,478.66 |
| 09/2023 | Deposit | $493.38 | $0.00 | $3,910.92 | $3,972.04 |
| 09/2023 | Withdrawal - MORTGAGE INS | $0.00 | $63.83 | $3,847.09 | $3,908.21 |

Note: Your remaining Escrow account breakdown is on the next page.

continued →



### Future Escrow Account Activity For December 2022 To November 2023 Continued

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Required |
|---|---|---|---|---|---|
| 09/2023 | Withdrawal – SCHOOL TAXES | $0.00 | $3,049.10 | $797.99 | $859.11[L] |
| 10/2023 | Deposit | $493.38 | $0.00 | $1,291.37 | $1,352.49 |
| 10/2023 | Withdrawal – MORTGAGE INS | $0.00 | $63.83 | $1,227.54 | $1,288.66 |
| 11/2023 | Deposit | $493.38 | $0.00 | $1,720.92 | $1,782.04 |
| 11/2023 | Withdrawal – MORTGAGE INS | $0.00 | $63.83 | $1,657.09 | $1,718.21 |
| | Totals | $5,920.56 | $5,920.64 | | |

[L]This amount denotes the projected low point balance.

THIS SPACE INTENTIONALLY LEFT BLANK

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244 2359, or fax it to (877) 382 3138.

Phone: (800) 508-0944
Email: ServicingHelp@RocketMortgage.com
Hours: Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET